UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL POWELL,

          Plaintiff,

    v.

CITY AND COUNTY OF SAN
FRANCISCO, et al.,

          Defendants.

Case No.  26-cv-01009-RS

**ORDER GRANTING MOTIONS TO
DISMISS**

Pursuant to Civil Local Rule 7-1(b), the motion to dismiss brought by the City and County of San Francisco (Dkt. No. 11) and the motion to dismiss brought by On Watch Global LLC (Dkt. 18) are suitable for disposition without oral argument and the hearing set for June 11, 2026, is vacated. The motions will be granted.

Plaintiff Daniel Powell, appearing in pro se, and identifying himself in his briefing as "righteous plaintiff" seeks just under $10 billion in punitive damages in connection with an incident that allegedly took place at a Walgreens store in San Francisco in July of 2024. The allegations are sparse, but Powell asserts he was assaulted by two security guards employed by defendant On Watch, who used weapons and acted with the intent to injure him. Powell apparently called for San Francisco police to respond so that he could file a report. The responding officer, however, "wasted as much of plaintiff's time as possible," never actually started a report, and acted with the intent to "harass and Gas Light plaintiff." Powell contends the police department covered up the assault by the On Watch guards, and that the "Department of Police Accountability

tried to cover up that cover up."

On Watch moves to dismiss on grounds that as a private security company, it cannot be liable for the alleged violation of 42 U.S.C. § 1983. It is not a state actor and did not act under the color of law. Powell filed no response to On Watch's motion. The motion has merit, and must be granted.

The City and County of San Francisco's motion to dismiss argues the alleged failure to take a police report is not a constitutional violation. Powell's opposition brief offers no cogent argument to the contrary, instead referencing various state court proceedings and other matters not alleged in the complaint, and insisting the City and County of San Francisco may be held liable for "Spiritually Raping Plaintiff Daniel Powell by the actions of agencies such as, the Superior Court, San Francisco Police Department, San Francisco Sheriffs Office, San Francisco Fire Department, Department of Public Health, Et al." The complaint fails to state a claim for relief, and must be dismissed.[1]

As unlikely as it appears that Powell will be able to state a claim through amendment, in light of his pro se status he will be given the opportunity to attempt to do so. Any amended complaint must by filed no later than June 29, 2026. In the event no amended complaint is filed, the action will be dismissed without further notice. Powell's procedurally improper and substantively meritless request for entry of summary judgment in his favor (Dkt. 22) is denied.

**IT IS SO ORDERED**.

---

[1] Powell points out that the complaint was not dismissed in the initial screening process when his application to proceed in forma pauperis was being evaluated. Contrary to his argument, however, the fact that the matter was not dismissed at that juncture does not insulate it from dismissal under Rule 12(b)(6).

Dated: July 8, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

CASE NO. 26-cv-01009-RS

3