UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL POWELL,

Plaintiff,

v.

CITY AND COUNTY OF SAN
FRANCISCO, et al.,

Defendants.

Case No. 26-cv-01009-RS

**ORDER DENYING AS UNNECESSARY
MOTION FOR LEAVE TO PROCEED
IN FORMA PAUPERIS ON APPEAL**

Plaintiff Daniel Powell, who was granted leave to proceed *in forma pauperis* in the trial court (see Dkt. No. 4), seeks permission to proceed on appeal under the same status. (See Dkt. No. 28). Under Rule 24(a)(3), a party who was permitted to proceed *in forma pauperis* in the district-court action may proceed on appeal *in forma pauperis* without further authorization, absent an express certification by the district court that the appeal is not taken in good faith or a finding that the party is not otherwise entitled to proceed *in forma pauperis*. While such certification or finding might be warranted here, none has been made. Accordingly, and without determining whether plaintiff's purported appeal is from a final order or not, the motion for leave to proceed *in forma pauperis* on appeal is denied as unnecessary.

**IT IS SO ORDERED**.

Dated: June 25, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California

CASE NO. 26-cv-01009-RS

2