UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL POWELL,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 26-cv-01009-RS

**ORDER SETTING DEADLINE TO FILE AMENDED COMPLAINT**

When defendants' motions to dismiss the initial complaint in this action were granted, pro se plaintiff Daniel Powell was given until June 29, 2026, to file an amended complaint. Rather than do so, Powell appealed the dismissal order. The Ninth Circuit has now dismissed the appeal for lack of jurisdiction, and issued its mandate. Although it continues to appear unlikely that Powell will be able to state a claim through amendment, in light of his pro se status he will again be given the opportunity to attempt to do so. Any amended complaint must be filed no later than November 2, 2026. In the event no amended complaint is filed, the action will be dismissed without further notice.

United States District Court
Northern District of California

**IT IS SO ORDERED**.

Dated: October 15, 2026

RICHARD SEEBORG
United States District Judge